ALBERT MOYER, respondent,

*v.*

FLORA H. MOYER, appellant.

[Argued March 27th, 1911. Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell.

*Mr. Samuel Kalisch, Jr.,* for the respondent.

*Messrs. Pitney, Hardin & Skinner,* for the appellant.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—12.

*For reversal*—None.